**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **MEDUSA INVESTMENTS, LLC, and** | § | |
| **RICARDO L. SALINAS,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:26-CV-00187** |
| | § | |
| **CITY OF MISSION, TEXAS; and** | § | |
| **NORIE GONZALEZ, in her official capacity as** | § | |
| **Mayor of the City of Mission, Texas, and in her** | § | |
| **individual capacity to the extent applicable,** | § | |
| **Defendants.** | § | |

**PLAINTIFFS' NOTICE OF NONSUIT WITHOUT PREJUDICE**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Plaintiffs Medusa Investments, LLC, and Ricardo L. Salinas, by and through undersigned counsel, file this Notice of Nonsuit without prejudice against City of Mission, Texas, and Norie Gonzalez, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and respectfully state as follows:

1. Plaintiffs hereby voluntarily dismiss this action against Defendants, in its entirety, without prejudice.

2. This notice is filed before Defendants have served an answer or a motion for summary judgment, and therefore no court order is required under Rule 41(a)(1)(A)(i).

3. Plaintiffs request that the Court and the Clerk treat this action as dismissed without prejudice and close the case.

4. Plaintiffs state that they are nonsuiting this case because information initially provided by the City of Mission was that Plaintiffs' property was outside the 1 mile radius carwash restriction and that Plaintiffs could move forward with the sale of their property. Thereafter, Defendants worked handily to unjustifiably impede the sale of the property for political reasons not realizing that the property was within the 1 mile radius. However, on April 23, 2026, after this lawsuit had been filed, City of Mission Subdivision Coordinator, Gabrial Ramirez, sent an email to the Property Buyer's Engineer stating, among other things, that "after further evaluation" that the City of Mission had measured wrong and that Plaintiffs' property was indeed within the 1 mile radius and not outside the 1 mile radius. This negligent behavior on behalf of the City of Mission materially affected several people and cost them a lot of time

and money, including Plaintiffs.  This material bungle by the City of Mission left no choice but for Plaintiffs to reassess their claims which resulted in avoidable expenditure of time and resources by many people.  Plaintiffs now file this Notice of Nonsuit without prejudice.

5.   Plaintiffs reserve all rights, claims, and defenses not expressly waived by operation of law.

Respectfully submitted,

BARRERA, SANCHEZ & ASSOCIATES, P.C.

By: /s/ Marcus C. Barrera
Marcus C. Barrera
State Bar No. 00790271
10113 N 10th Street, Ste. A
McAllen, Texas 78504
956-287-7555 voice
956-287-7711 fax
Email:   marcus@bsmlawyers.com and
         melissa@bsmlawyers.com

ATTORNEYS FOR PLAINTIFFS MEDUSA INVESTMENTS, LLC AND
RICARDO L. SALINAS